**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

BRENT SCOBEY,                              )
                                          )
          Plaintiff,                       )
                                          )
     v.                                    )          No. 1:26-cv-00053-SNLJ
                                          )
BUTLER COUNTY, MISSOURI, et al.,          )
                                          )
          Defendants.                      )

## MEMORANDUM AND ORDER

Self-represented plaintiff Brent Scobey has failed to comply with the Court's Order

dated July 9, 2026, requiring him to either submit a motion to proceed *in forma pauperis* or pay

the full filing fee by July 23, 2026.  [Doc. 11].  Local Rule 2.01 authorizes the Clerk of Court to

refuse to receive any pleadings "until the applicable statutory fee is paid, except in cases

accompanied by a completed application to proceed in forma pauperis."  E.D. Mo. L.R.

2.01(B)(1).  Plaintiff had neither paid the filing fee nor submitted a motion to proceed without

prepayment.  The Court warned plaintiff that failure to comply with the Court's Order would

result in dismissal of this action without prejudice and without further notice.  As a result, this

action is dismissed for failure to comply with the Court's Order.  *See* Fed. R. Civ. P. 41(b) ); *see*

*also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (stating the authority of a court to

dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily

vested in courts to manage their own affairs so as to achieve the orderly and expeditious

disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (stating a district court

has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Finally, plaintiff's pending motions will be denied as moot.

Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.  *See* Fed. R. Civ. P. 41(b).  A separate order of dismissal will be entered herewith.

IT IS FURTHER ORDERED that plaintiff's motions for preliminary injunction [Doc. 2], for status conference [Doc. 3], and for service by the U.S. Marshals [Doc. 6] are DENIED as moot.

IT IS HEREBY CERTIFIED that an appeal from this dismissal would not be taken in good faith.

Dated this 28th  day of July, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE